## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MacNeil IP LLC, Plaintiff,   Case Number: 16-04029
v.

FedEx Corp., Defendant.
An appearance is hereby filed by the undersigned as attorney for:
FEDEX CORP.

Attorney name (type or print):  Robert D. Leighton

Firm:    Goldberg Kohn Ltd.

Street address:    55 East Monroe Street, Suite 3300

City/State/Zip:    Chicago, IL 60603

Bar ID Number: 6296424        Telephone Number:   312.863.7194
(See item 3 in instructions)

Email Address: robert.leighton@goldbergkohn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6.16.16

Attorney signature:    S/ Robert D. Leighton
                (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015